■ ALBERT MAPP, Appellant, v. HARRY KIPPERMAN et al., Respondents.— In an action to recover damages for personal injuries sustained when defendants' truck struck the rear of plaintiff's truck while it had stopped for a red traffic light, plaintiff appeals from an order of the Supreme Court, Kings County, dated December 16, 1959, denying his motion for summary judgment, pursuant to rule 113 of the Rules of Civil Practice. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.